IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RODNEY EARL WEBB, § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:21-cv-01090-X (BT) |
| § | |
| RAQUEL JONES, et al. § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and Recommendation in this case. No objections were filed. Finding no plain error in the Magistrate Judge's report, the Court **ACCEPTS** the Findings, Conclusions, and Recommendations of the United States Magistrate Judge. By separate judgment, the plaintiff's complaint will be dismissed.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**IT IS SO ORDERED** this 6th day of September, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE